# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROMERO, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0891-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a 60-day extension of time to file a second amended complaint (ECF No. 11). Good cause appearing therefor, plaintiff's motion is granted in part. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: August 2, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1