# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>  Plaintiff,<br><br>  v.<br><br>ROMERO, et al.,<br><br>  Defendants. | No. 2:19-CV-0891-JAM-DMC-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to stay. ECF No. 25. He contends that he has been unable to attend to preparing a third amended complaint. <u>See</u> <u>id.</u> The deadline to file a third amended complaint was July 6, 2021. <u>See</u> ECF No. 24. Plaintiff timely filed the present motion. ECF No. 25.

///
///
///
///
///
///
///

1

Plaintiff indicates that he has been transferred within the California prison system multiple times. Id. Plaintiff contends that he has been unable to access all of his legal documents in the light of at least three transfers, and that he has had limited access to the law library due to confinement to his cell for most of the day. Id.

The Court declines to stay this action, but construes the pending request as a motion for an extension of time. For good cause shown, Plaintiff's motion, construed as motion for an extension of time, is **GRANTED**. Plaintiff shall file a third amended complaint within **sixty (60) days** of the date of this order.

IT IS SO ORDERED.

Dated: July 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE