IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:19-CV-0891-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. MEY, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion, ECF No. 53, to opt out of the Court's early alternative dispute resolution program. Good cause appearing therefor, Defendant's motion is granted, and the stay of proceedings is lifted. By separate order the Court will set an initial schedule for this litigation.

IT IS SO ORDERED.

Dated: January 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE